UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SKYLER G. YZAGUIRRE,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF WASHINGTON, et al.,<br><br>    Respondents. | Case No. 19-cv-04070-LB<br><br>**ORDER OF TRANSFER**<br>Re: ECF No. 1 |

    The petitioner is incarcerated at the Skagit County Community Justice Center in Mount Vernon, Washington, awaiting a trial in the Skagit County Superior Court. The petitioner contends that he has been denied his right to a speedy trial and has been shackled unjustly during the criminal proceedings in the Skagit County Superior Court. Skagit County lies within the venue of the Western District of Washington. 28 U.S.C. § 128(b). Venue is proper in a habeas action in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The Northern District of California is not the proper venue for this action because the petitioner is not confined in this district and has not been convicted in this district. The proper venue for this action is the Western District of Washington because the petitioner is confined in that district and challenging ongoing state court proceedings taking place in that district. Pursuant to 28 U.S.C. § 1406(a), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the

ORDER – No. 19-cv-04070-LB

Western District of Washington. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2019

_____
LAUREL BEELER
United States Magistrate Judge