UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKYLER G. YZAGUIRRE,

                Petitioner,

   v.

SKAGIT COUNTY SUPERIOR COURT,

                Respondent.

Case No. C19-1162-BJR-MLP

REPORT AND RECOMMENDATION

      Petitioner Skyler Yzaguirre is confined at the Skagit County Justice Center where he is awaiting adjudication of a felony DUI charge filed against him in Skagit County Superior Court. Petitioner has filed a petition for writ of habeas corpus in which he asserts that he has been denied a speedy trial and that he was subjected to unjust shackling during a court hearing at which he expressed concern about the violation of his speedy trial rights.

      Generally, the federal courts will not intervene in a pending state court criminal proceeding absent extraordinary circumstances where the danger of irreparable harm is both great and immediate ("*Younger* Abstention Doctrine"). *See Younger v. Harris*, 401 U.S. 37, 46 (1971). "[O]nly in the most unusual circumstances is a defendant entitled to have federal interposition by way of injunction or habeas corpus until after the jury comes in, judgment has been appealed from and the case concluded in the state courts." *Drury v. Cox*, 457 F.2d 764, 764-

REPORT AND RECOMMENDATION - 1

65 (9th Cir. 1972)(per curiam). *See also Carden v. Montana* 626 F.2d 82, 83-84 (9th Cir. 1980) and *Brown v. Ahern*, 676 F.3d 899, 903 (9th Cir. 2012). Petitioner does not allege in his petition any extraordinary circumstances which would justify this Court's intervention in his ongoing criminal proceedings. The *Younger* abstention principles therefore apply to Petitioner's claims.

As Petitioner has not identified any viable claim for relief in his petition for writ of habeas corpus, this Court recommends that the petition and this action be dismissed. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **September 18, 2019**. Objections, and any response, shall not exceed twelve pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 28th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2