# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SKYLER G. YZAGUIRRE,

    Petitioner,

v.

SKAGIT COUNTY SUPERIOR COURT,

    Respondent.

Case No. C19-1162-BJR

ORDER DISMISSING FEDERAL HABEAS ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, lack of objection to the same, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 10-1) and this action are DISMISSED.

//

//

//

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Magistrate Judge Michelle L. Peterson.

DATED this 21st day of October, 2019.

*[signature]*
BARBARA JACOBS ROTHSTEIN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2